UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CONGREGATION BETH OR, | ) | Case No. 09 B 19684 |
| | ) | |
| Debtor. | ) | Honorable Bruce Black |

**NOTICE OF FILING**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT, on Wednesday, April 28, 2010, we caused to be filed with the Clerk for the United States Bankruptcy Court for the Northern District of Illinois, at the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, the Debtor's Final Report, via ECF electronic filing.

CONGREGATION BETH OR

Date:  April 28, 2010                    By:   /s/ Bradley Block
                                               One of its Attorneys


Bradley S. Block
Law Offices of Bradley Block
75 Tri State International
Suite 180
Lincolnshire, Illinois 60069
(224) 533-1075
(224) 533-1076 (fax)
brad.block@bradblocklaw.com

**CERTIFICATE OF SERVICE**

    I, Bradley Block, at attorney, certify that I caused a copy of the attached Debtor's Final Report to be served on all persons who have requested electronic service via ECS on April 28, 2010.

                  /s/ Bradley Block
                      Bradley Block

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _____   CASE NO. 521091119684

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __4/9__, 20_10_

BEGINNING BALANCE IN ALL ACCOUNTS   $ 26,861.19

RECEIPTS:
1. Receipts from operations   $ 7840.28
2. Other Receipts   $ _____

DISBURSEMENTS:
3. Net payroll:
   a. Officers   $ 6978.94
   b. Others   $ _____

4. Taxes
   a. Federal Income Taxes   $ _____
   b. FICA withholdings   $ 645.10
   c. Employee's withholdings   $ 625.10
   d. Employer's FICA   $ 645.10
   e. Federal Unemployment Taxes   $ N/A
   f. State Income Tax   $ _____
   g. State Employee withholdings   $ 183.10
   h. All other state taxes   $ _____

5. Necessary expenses:
   a. Rent or mortgage payments(s)   $ 10,500.00 PARSONAGE
   b. Utilities   $ 3193.74
   c. Insurance   $ 5100.70
   d. Merchandise bought for manufacture or sale   $ _____
   e. Other necessary expenses (specify)
      BANK FEES, REPAIRS USTRUST, CONSULT ETC   $ 7234.83
      _____   $ _____

TOTAL DISBURSEMENTS   $ 35,104.81

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ (27,169.53)

ENDING BALANCE IN __Bank of America__   $ (694.70)
                    (Name of Bank)
ENDING BALANCE IN _____   $ _____
                    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS   $ (694.70)

OPERATING REPORT   Page 1

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3:58 PM

04/28/10

Accrual Basis

# CONGREGATION BETH OR
## Account QuickReport
### As of April 9, 2010

| Type | Date | Num | Name | Amount |
|---|---|---|---|---|
| **1000 · BANK OF AMERICA CHECKING** | | | | |
| General Journal | 1/4/2010 | cc fees | | -53.56 |
| Check | 1/5/2010 | EFT | Verizon Wireless | -184.35 |
| Check | 1/7/2010 | 10733 | Pro Plowing Inc | -1,300.00 |
| Check | 1/7/2010 | 10734 | North Shore Gas | -130.54 |
| Check | 1/7/2010 | 10735 | North Shore Gas | -2,193.87 |
| Check | 1/12/2010 | 10736 | CFJE | -185.00 |
| Check | 1/12/2010 | 10737 | AA Service Co | -100.00 |
| Check | 1/15/2010 | EFT | Capital One | -409.20 |
| General Journal | 1/15/2010 | ADP | ADP | -88.54 |
| Check | 1/18/2010 | 11254 | Ben-Ezra, Dana | -487.49 |
| Check | 1/18/2010 | 11255 | Ben-Ezra, Liat | -77.57 |
| Check | 1/18/2010 | 11256 | Ben-Ezra, M | -192.63 |
| Check | 1/18/2010 | 11257 | Dixon, C | -241.24 |
| Check | 1/18/2010 | 11258 | Elster, Joanne | -321.66 |
| Check | 1/18/2010 | 11259 | Fayne, Yana | -241.24 |
| Check | 1/18/2010 | 11260 | Levi, Hagit | -374.02 |
| Check | 1/18/2010 | 11261 | Mather, Alexa | -192.63 |
| Check | 1/18/2010 | 11262 | Oler, Mary | -1,360.25 |
| Check | 1/18/2010 | 11263 | Oler, David | -3,490.21 |
| Check | 1/18/2010 | EFTPS | Bank Of America | -2,098.50 |
| Check | 1/19/2010 | 10738 | Dayle Miller & Associates, I... | -761.45 |
| Check | 1/19/2010 | 10739 | Hanna, Ryan Jared | -29.00 |
| Check | 1/19/2010 | 10740 | Kritzman, Jack | -43.50 |
| Check | 1/19/2010 | 10741 | Oler, D | -5,000.00 |
| Check | 1/19/2010 | 10742 | Koziol, Halina | -240.00 |
| Check | 1/19/2010 | 10743 | Oler, D | -10,500.00 |
| General Journal | 1/20/2010 | ADP | ADP | -121.10 |
| Check | 1/26/2010 | 10744 | Office of US Trustee | -975.00 |
| Check | 1/26/2010 | 10745 | North Shore Gas | 0.00 |
| Check | 1/26/2010 | 10746 | North Shore Gas | 0.00 |
| General Journal | 2/1/2010 | | | -36.95 |
| Check | 2/11/2010 | 10748 | Verizon Wireless | 0.00 |
| Check | 2/11/2010 | 10749 | AT&T | 0.00 |
| Check | 2/11/2010 | 10649 | Com Ed | -558.44 |
| Check | 3/1/2010 | 10650 | Oler, M | -401.81 |
| Check | 3/2/2010 | 10747 | Leibovitz, Alan | -500.00 |
| Check | 3/2/2010 | | | -36.95 |
| Check | 3/25/2010 | 10652 | Office of US Trustee | -1,000.00 |
| Check | 3/30/2010 | 10653 | Office of US Trustee | -300.00 |
| General Journal | 3/31/2010 | ADP | ADP | -74.77 |
| Check | 3/31/2010 | 10655 | Nabrinsky, Stan/Angelica | -400.00 |
| Check | 4/5/2010 | 10656 | Dayle Miller & Associates, I... | -306.00 |
| Check | 4/9/2010 | 10657 | Dayle Miller & Associates, I... | -2.34 |
| Total 1000 · BANK OF AMERICA CHECKING | | | | -35,009.81 |
| **TOTAL** | | | | **-35,009.81** |